Tyler Quintin Bensch



Leave to file GRANTED
TREVOR N. MCFADDEN 7/26/24
United States District Judge

6/7/2024

Honorable Michael Harvey
United States District Court
333 Constitution Ave. NW, Washington, DC 20001

Re: Case Number 1:22-mj-184
Motion for Early Termination of Probation

Dear Judge Harvey,

I am writing to respectfully request the early termination of my probation in the above-referenced case. I have served 12 months of my 24-month probation term and believe that I have demonstrated significant rehabilitation and compliance with all conditions imposed by the court.

Throughout my probation, I have diligently adhered to all requirements, including attending meetings with my probation officer, completing all court-mandated community service, paying all fines and restitutions, and maintaining gainful employment working three days out of the week from 5am-9:30pm and using my free time to help Albert mentioned below. I have also taken proactive steps to improve my life and contribute positively to my community such as moving onto a non profit ranch building a house and helping people through the non profit who struggle with PTSD and addictions
Reference: Albert Mckimme 407-325-8982.

I am deeply remorseful for my actions that led to this conviction and have used this period to reflect and make meaningful changes. I have developed a strong support network, including helping an older gentleman run a nonprofit horse rescue and rehabilitation center called The Scotty foundation, which has been instrumental in my journey toward rehabilitation.

My probation officer, Sean Curran, supports my request for early termination and can attest to my compliance and progress.

I understand the seriousness of my actions and am committed to continuing to lead a law-abiding

and productive life. Early termination of my probation would allow me to further my personal and professional goals without the constraints of supervision, enabling me to contribute more fully to society

I respectfully request that the court consider my motion for early termination of probation. Thank you for your time and consideration of my request.

Sincerely,

Tyler Quintin Bensch